IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKIM SUMMERS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER CHARLES RAMSEY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 13-6644 |

**ORDER**

**AND NOW**, this 12th day of December 2016, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 32), Plaintiff's Response (Doc. No. 33), Defendants' Reply (Doc. No. 34), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 32) is **GRANTED** on the Pennsylvania state tort claims in Counts I, II, III, IV, and VII of the Amended Complaint. (Doc. No. 12.) Counts I, II, III, IV, and VII are **DISMISSED.**

2. Defendants' Motion for Summary Judgment is **GRANTED** on Count X and Count XI of the Amended Complaint. (Doc. No. 12.) Count X and Count XI are **DISMISSED**.

3. Counts V, VI, VIII, IX, XII, XIII, XIV, and XV of the Amended Complaint are **DISMISSED** because they were **WITHDRAWN** by Plaintiff. (Doc. No. 33.)

4. The Clerk of Court shall close this case for statistical purposes.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.